ELIZABETH C. HUDSON, Respondent, v. SAMUEL UNGERLEIDER and Others, Defendants, Impleaded with THE NATIONAL CITY BANK OF NEW YORK, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant The National City Bank of New York to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, Merrell, O'Malley and Sherman, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., for the Widening of Chrystie Street and Forsyth Street from Canal Street to East Houston Street, in the Borough of Manhattan, City of New York, Together with the Additional Lands to Be Acquired in Connection Therewith as Shown upon a Map or Plan Approved by the Board of Estimate and Apportionment of The City of New York. FANNIE LEVY, Appellant; CLARA L. CHEESMAN and THE CITY OF NEW YORK, Respondents.— Decree so far as appealed from modified by directing judgment for appellant for $19,196, made up of $10,000 for buildings and $9,196 for the lease, and as so modified affirmed, with costs to the appellant. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

THERESA GIANNETTI, Appellant, v. THE MORRIS PLAN COMPANY OF NEW YORK and RALPH H. RIDDLEBERGER, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH SARDO VAMPA, Appellant, v. ERIE RAILROAD COMPANY, INC., Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground there is a question of fact for the jury. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

BRITANNIA SHIPPING CORPORATION, Appellant, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ. [138 Misc. 38.]

VIRGINIA JUNG GOON LUN, Respondent, v. NEW YORK EVENING JOURNAL, INC., and/or INTERNATIONAL FEATURE SERVICE, INC., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

NELLIE LYTWYN, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

LUIGGI MONTELLO, Appellant, v. KRAUS & SILVERMAN, Respondent.— Judgment modified by providing that the dismissal is for failure of proof and not on the merits, and as so modified affirmed, with costs to the respondent. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.